UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY ZIPPILLI-ARNSTEIN,

                   Plaintiff,

      -against-

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                 Defendant.

22-cv-09504 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Aaron.

      If both parties consent to proceed before Judge Aaron, counsel for the defendant must, **within two weeks of the date of this Order**, submit a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge).  If the Court approves that form, all further proceedings will then be conducted before Judge Aaron rather than before me.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered.  An information sheet on proceedings before magistrate judges is also attached to this Order.

      If either party does not consent to conducting all further proceedings before Judge Aaron, the parties must file a joint letter, **within two weeks of this Order**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not**

1

**consent.**  At that time, the Court will then refer this case to Judge Aaron for a report and recommendation on any motion for judgment on the pleadings.  The parties are free to withhold consent to conducting all further proceedings before Judge Aaron without negative consequences.

Dated: November 10, 2022
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge